```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 0 2012
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK AND STRATEGIC CAPITAL BANK,<br><br>Plaintiff,<br><br>-against-<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC, *et al.*,<br><br>Defendants. | Case No. 12-cv-4000-LTS<br>**ECF CASE**<br><br>**ORDER FOR ADMISSION OF JAMES C. RUTTEN *PRO HAC VICE*** |

Upon the motion of James C. Rutten, counsel for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc. in the above-captioned action, IT IS HEREBY ORDERED that

James C. Rutten
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
tel: 213-683-9100
fax: 213-687-3702
email: james.rutten@mto.com

is admitted to practice *pro hac vice* as counsel for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc. in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 19, 2012

_____
United States District Judge