UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK and STRATEGIC CAPITAL BANK,<br><br>            Plaintiff,<br><br>-against-<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC *et al.*,<br><br>            Defendants. | Case No. 12-cv-4000-LTS<br><br>**NOTICE OF TELEPHONE NUMBER CORRECTION** |

PLEASE TAKE NOTICE THAT the telephone number for Marc T.G. Dworsky, counsel for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital, Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc., is inaccurately listed on the Court's docket. The correct telephone number is (213) 683-9100.

Dated:   Los Angeles, California
            July 24, 2012

MUNGER, TOLLES & OLSON LLP

By:    */s/ James C. Rutten*
           James C. Rutten

355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
james.rutten@mto.com

*Attorneys for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital, Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc.*

17800659.1