UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK and STRATEGIC CAPITAL BANK,<br><br>     Plaintiff,<br><br>   -against-<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC, *et al.*,<br><br>     Defendants. | Civil Action No. 12 CV 4000-LTS<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  **PLEASE TAKE NOTICE** that Thomas C. Rice, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants Bear Stearns Asset Backed Securities I LLC, The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., RBS Securities Inc., and UBS Securities LLC in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendants.

Dated:  July 30, 2012

Respectfully submitted,

/s/ Thomas C. Rice_____
Thomas C. Rice
trice@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Phone:  (212) 455-2000
Fax:  (212) 455-2502
*Attorney for Defendants Bear Stearns Asset Backed Securities I LLC, The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., RBS Securities Inc., and UBS Securities LLC*