UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for CITIZENS NATIONAL BANK and STRATEGIC CAPITAL BANK,<br><br>     Plaintiff,<br><br>     v.<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC; THE BEAR STEARNS COMPANIES LLC.; J.P. MORGAN SECURITIES LLC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; ALLY SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; and UBS SECURITIES LLC,<br><br>     Defendants. | No. 12 Civ. 4000 (LTS)<br><br>Oral Argument Requested |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, the declaration of Andrew T. Frankel sworn to on July 30, 2012, and the exhibits provided therewith, Defendants Bear Stearns Asset Backed Securities I LLC, The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, Citicorp Mortgage Securities, Inc., CitiMortgage, Inc., Citigroup Global Markets Inc., Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Management LLC, Credit Suisse Securities (USA) LLC, Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., Merrill Lynch, Pierce, Fenner & Smith Inc, Ally Securities, LLC, Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., RBS Securities Inc., and UBS

18197581.1

Securities LLC will move this Court, before The Honorable Laura T. Swain, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time designated by the Court, for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and granting Defendants such other and further relief as the Court deems just and proper. Oral argument is requested on a date and at a time designated by the Court.

Dated: July 30, 2012
New York, New York

SIMPSON THACHER & BARTLETT LLP

By: /s/ Andrew T. Frankel / JCR

Thomas C. Rice (trice@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Phone: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants Bear Stearns Asset Backed Securities I LLC, The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., RBS Securities Inc., and UBS Securities LLC*

MUNGER, TOLLES & OLSON LLP

By: /s/ James C. Rutten

Marc T.G. Dworsky (marc.dworsky@mto.com)
James C. Rutten (james.rutten@mto.com)
Achyut J. Phadke (achyut.phadke@mto.com)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Phone: (213) 683-9100
Fax: (213) 687-3702

*Attorneys for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital, Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc.*

18197581.1

CRAVATH, SWAINE & MOORE LLP

By: *Richard W. Clary / JCR*

Richard W. Clary (rclary@cravath.com)
Julie A. North (jnorth@cravath.com)
Michael T. Reynolds
(mreynolds@cravath.com)
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., and Credit Suisse Management LLC*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *Brad S. Karp / JCR*

Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel
(sbuergel@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., and Citigroup Global Markets Inc.*

MAYER BROWN LLP

By: *Michael O. Ware / JCR*

Michael O. Ware (mware@mayerbrown.com)
S. Christopher Provenzano
(cprovenzano@mayerbrown.com)
1675 Broadway
New York, New York 10019
Phone: (212) 506-2500
Fax: (212) 262-1910

*Attorneys for Defendants HSBC Securities (USA), Inc. and Ally Securities, LLC*

18197581.1