GRAIS & ELLSWORTH LLP

1211 Avenue of the Americas  
New York, New York 10036

212 755 0100  
graisellsworth.com

Mark B. Holton  
212 755 5693  
mholton@graisellsworth.com

August 3, 2012

By Facsimile

The Honorable Laura T. Swain  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, New York 10007-1312



MEMO ENDORSED

*FDIC as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC et al., Case No. 12-cv-4000-LTS*

Dear Judge Swain:

We represent the plaintiff the FDIC as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank.

The parties require a few more days to complete the Initial Conference Report. Accordingly, we respectfully request that the Initial Pretrial Conference currently scheduled for August 10, 2012 be adjourned to August 17, 2012 or any subsequent date and time convenient for the Court. There have been no prior requests for an adjournment. The defendants do not oppose an adjournment, although they have not agreed to any particular date for rescheduling the conference. Finally, adjournment will not require adjustment of any other scheduled dates.

Thank you for your consideration.

Respectfully,

Mark B. Holton

Copies to All Counsel (by email)

*The conference is adjourned to September 14, 2012, at 2:00pm and the related deadlines are modified accordingly.*

SO ORDERED.  
NEW YORK, NY  
Aug 6, 2012  
LAURA TAYLOR SWAIN  
DISTRICT JUDGE