UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

FEDERAL DEPOSIT INSURANCE
CORPORATION, et al.,

          Plaintiffs,

-v-

BEAR STEARNS ASSETBACKED
SECURITIES I L.L.C., et al.,

          Defendants.

-------------------------------------------------------x

No. 12 Civ. 4000 (LTS)(MHD)

## ORDER

Defendants' August 10, 2012, letter is construed as a request for reconsideration of the Court's August 7, 2012, Endorsed Order. The reconsideration request is granted, the aforementioned Endorsed Order is vacated, and the stay provided under the Private Securities Litigation Reform Act of 1995 (the "PSLRA Stay"), 15 U.S.C. § 77z-1(b)(1), applies for substantially the reasons outlined in Defendants' August 10, 2012 letter. To the extent the Federal Deposit Insurance Company (the "FDIC") contends, (as it did in its August 6, 2012 letter), that this Court's Pilot Project Protocol supersedes the statutory stay provision, the FDIC's position is meritless. Therefore, all proceedings are stayed pending resolution of the motion to dismiss.

Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital, Inc., and Merrill Lynch, Pierce, Fenner & Smith, Inc. are directed to inform the Court in writing by August 16, 2012 as to whether, in light of the PSLRA stay, they still seek a pre-motion conference in aid of a severance application.

SO ORDERED.

Dated: New York, New York
       August 15, 2012

LAURA TAYLOR SWAIN
United States District Judge

PSLRA.Stay.Ord.wpd  version 8/15/12