1211 Avenue of the Americas        212 755 0100
New York, New York 10036           graisellsworth.com

**GRAIS & ELLSWORTH LLP**

Mark B. Holton
212 755 5693
mholton@graisellsworth.com

August 16, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 7 2012

By Facsimile

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*FDIC as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC et al., Case No. 12-cv-4000-LTS*

Dear Judge Swain:

We represent plaintiff the FDIC as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank. I write to respond to Mr. Dworsky's letter of earlier today.

Mr. Dworsky requests that the pre-motion conference on the motion to sever claims be rescheduled to a date during the week of September 10 other than September 14. The FDIC respectfully requests that the conference not be rescheduled during that period, as I will be out of the office the entire week of September 10 (other than September 14). I will be available to attend the conference any date after September 14 that is convenient for the Court.

Respectfully,

Mark B. Holton

Copies to All Counsel (by email)