AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., etc. ) <br> *Plaintiff* ) <br> v. ) <br> BEAR STEARNS ASSET BACKED SEC., et al. ) <br> *Defendant* ) | Case No.   12 Civ. 04000 (LTS) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HSBC Securities (USA) Inc.

Date:     09/25/2012

*Attorney's signature*

Charles S. Korschun (CK8102)
*Printed name and bar number*

Mayer Brown LLP
1675 Broadway
New York, NY 10019

*Address*

ckorschun@mayerbrown.com
*E-mail address*

(212) 506-2533
*Telephone number*

(212) 849-5533
*FAX number*