AO 458 (Rev. 06/09) Appearance of Counsel

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., etc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  12 Civ. 04000 (LTS) |
| BEAR STEARNS ASSET BACKED SEC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ally Securities, LLC

Date:   09/25/2012

*Attorney's signature*

Charles S. Korschun (CK8102)
*Printed name and bar number*

Mayer Brown LLP
1675 Broadway
New York, NY 10019

*Address*

ckorschun@mayerbrown.com
*E-mail address*

(212) 506-2533
*Telephone number*

(212) 849-5533
*FAX number*