UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 01 2012

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK AND STRATEGIC CAPITAL BANK,

Plaintiff,

-against-

BEAR STEARNS ASSET BACKED SECURITIES I LLC, et al.,

Defendants.

Case No. 12-cv-4000-LTS
**ECF CASE**

**ORDER FOR ADMISSION OF DAVID H. FRY *PRO HAC VICE***

Upon the motion of David H. Fry, counsel for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc. in the above-captioned action, IT IS HEREBY ORDERED that

David H. Fry
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: 415 512-4000
Facsimile: 415 512-4077
E-mail: David.Fry@mto.com

is admitted to practice *pro hac vice* as counsel for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc. in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: September 28, 2012

United States District Judge

1