## GRAIS & ELLSWORTH LLP

1211 Avenue of the Americas
New York, New York 10036

212 755 0100
graisellsworth.com

Mark B. Holton
212 755 5693
mholton@graisellsworth.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED **OCT 0 1 2012**

**MEMO ENDORSED**

September 28, 2012

*By Facsimile*

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*Federal Deposit Insurance Corporation as Receiver for Citizens National Bank
and Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC., et al.,
No. 12-cv-4000 (LTS) (MHD)*

Dear Judge Swain:

In accordance with paragraphs 1 and 2 of the Stipulation and Order signed by the Court on August 28, 2012 and filed on August 29, 2012, the FDIC hereby advises the Court and all other parties that in lieu of opposing the defendants' pending motion to dismiss, the FDIC will amend its complaint. As the Stipulation and Order provides, the FDIC will file and serve its amended complaint no later than 14 days from the date of this letter.

Respectfully,

Mark B. Holton

cc: All Counsel of Record (by email)

The Clerk of Court is
directed to terminate
Docket Entry No. 58.

SO ORDERED.

NEW YORK, NY
Sep 28, 2012

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE