UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK and RECEIVER FOR STRATEGIC CAPITAL BANK,<br><br>              Plaintiff,<br><br>     v.<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC; THE BEAR STEARNS COMPANIES LLC.; J.P. MORGAN SECURITIES LLC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; ALLY SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; and UBS SECURITIES LLC,<br><br>              Defendants. | No. 12 Civ. 4000 (LTS)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Kathryn E. Matthews, hereby certify that on October 12, 2012, I caused a true and correct copy of the foregoing Amended Complaint to be served by email and overnight mail on the following parties:

| Party | Counsel |
|---|---|
| Bear Stearns Asset Backed Securities I L.L.C.; The Bear Stearns Companies L.L.C.; J.P. Morgan Securities LLC; Deutsche Bank Securities Inc.; RBS Securities Inc.; UBS Securities LLC | Andrew T. Frankel<br>Thomas C. Rice<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>afrankel@stblaw.com<br>trice@stblaw.com |
| Citicorp Mortgage Securities, Inc.; CitiMortgage, Inc.; Citigroup Global Markets Inc. | Brad S. Karp<br>Susanna M. Buergel<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>bkarp@paulweiss.com<br>sbuergel@paulweiss.com |
| Credit Suisse First Boston Mortgage Securities Corp.; Credit Suisse Management LLC; Credit Suisse Securities (USA) LLC | Julie A. North<br>Michael T. Reynolds<br>Richard W. Clary<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>jnorth@cravath.com<br>mreynolds@cravath.com<br>rclary@cravath.com |
| Merrill Lynch Mortgage Investors, Inc.; Merrill Lynch Mortgage Capital Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc. | Marc T.G. Dworsky<br>Erin J. Cox<br>James C. Rutten<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>marc.dworsky@mto.com<br>erin.cox@mto.com<br>james.rutten@mto.com<br><br>Achyut J. Phadke<br>David H. Fry<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105 |

1

| | |
|---|---|
| | achyut.phadke@mto.com<br>david.fry@mto.com<br><br>David F. Olsky<br>WILMER CUTLER PICKERING HALE & DORR, LLP<br>1875 Pennsylvania Avenue<br>Washington, DC, NW 20006<br>david.olsky@wilmerhale.com<br><br>Fraser L. Hunter, Jr.<br>WILMER CUTLER PICKERING HALE & DORR, LLP<br>7 World Trade Center<br>New York, New York 10007<br>fraser.hunter@wilmerhale.com |
| Ally Securities, LLC | Michael O. Ware<br>Charles S. Korschun<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, New York 10007<br>mware@mayerbrown.com<br>ckorschun@mayerbrown.com |
| HSBC Securities (USA) Inc. | Michael O. Ware<br>Charles S. Korschun<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, New York 10007<br>mware@mayerbrown.com<br>ckorschun@mayerbrown.com<br><br>Andrew Z. Michaelson<br>Damien J. Marshall<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022<br>amichaelson@bsfllp.com<br>dmarshall@bsfllp.com<br><br>Edward J. Normand<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, New York 10504<br>enormand@bsfllp.com<br><br>Jonathan M. Shaw<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, NW<br>Washington, DC 20015<br>jshaw@bsfllp.com |

_/s/ Kathryn E. Matthews_
Kathryn E. Matthews