UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK and STRATEGIC CAPITAL BANK,<br><br>      Plaintiff,<br><br>   v.<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC; THE BEAR STEARNS COMPANIES LLC.; J.P. MORGAN SECURITIES LLC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; ALLY SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; and UBS SECURITIES LLC,<br><br>      Defendants. | No. 12-cv-4000 (LTS)<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

   **PLEASE TAKE NOTICE** that Alexandra C. Pitney, a member of this Court in good standing, respectfully enters her appearance as counsel for defendants Bear Stearns Asset Backed Securities I LLC, The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., RBS Securities Inc., and UBS Securities LLC in this action and

also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendants.

Dated:  November 7, 2012              Respectfully submitted,
        New York, New York

                                      /s/ Alexandra C. Pitney
                                      Alexandra C. Pitney (lpitney@stblaw.com)

                                      **SIMPSON THACHER & BARTLETT LLP**
                                      425 Lexington Avenue
                                      New York, New York 10017
                                      Phone:  (212) 455-2000
                                      Fax:  (212) 455-2502

                                      *Attorney for Bear Stearns Asset Backed Securities I LLC, The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., RBS Securities Inc., and UBS Securities LLC*