GRAIS & ELLSWORTH LLP



Mark B. Holton
212 755 5693
mholton@graisellsworth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 15 2012

November 14, 2012

By Facsimile

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

*FDIC as Receiver for Citizens National Bank and Receiver for Strategic Capital Bank v.*
*Bear Stearns Asset Backed Securities I LLC, et al., No. 12 Civ. 4000 (LTS)*

Dear Judge Swain:

    We represent plaintiff, the Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank (FDIC). We write this letter on behalf of the FDIC and all defendants.

    On August 28, 2012, the Court entered an Order establishing deadlines for briefing motions to dismiss. A copy of the Order is attached. Under the Order, the current deadline for defendants to file motion(s) to dismiss is November 26, 2012, the first Monday after Thanksgiving, and the current deadline for the FDIC to file its opposition(s) to the motions to dismiss is December 26, 2012, the day after Christmas. Because of the proximity of these holidays to the current deadlines, the parties request a change in the briefing schedule. The parties respectfully propose that the deadline for defendants to file motions to dismiss be extended from November 26 to December 6 and that the deadline for any opposition to the motions be extended from December 26 to January 11. Based on these dates, reply briefs in support of the motions would be due on January 25, 2012.

    The FDIC recognizes that this proposal would afford the FDIC 4 extra days beyond the 30-day period specified in the Court's August 28 2012 Order to oppose the defendants' motions. The FDIC requests the additional time to account for the Christmas and New Year's holidays, both of which fall within the briefing period for the FDIC's opposition.

Hon. Laura T. Swain
November 14, 2012
Page 2

GRAIS & ELLSWORTH LLP

For these reasons, the parties respectfully request that the Court modify the briefing schedule on motions to dismiss as described herein.

Thank you for your consideration.

Respectfully,

Mark B. Holton

cc: All Counsel of Record (by email)

The request is granted.

SO ORDERED.

NEW YORK NY

NOV 15, 2012

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE