UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION *as Receiver for* CITIZENS NATIONAL BANK *and Receiver for* STRATEGIC CAPITAL BANK,<br><br>*Plaintiff*,<br><br>v.<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC; THE BEAR STEARNS COMPANIES LLC.; J.P. MORGAN SECURITIES LLC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; ALLY SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; and UBS SECURITIES LLC,<br><br>*Defendants*. | No. 12-cv-4000 (LTS) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, the Declaration of Andrew T. Frankel, dated December 6, 2012, and the exhibits attached thereto, Defendants Bear Stearns Asset Backed Securities I LLC, The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, Citicorp Mortgage Securities, Inc., CitiMortgage, Inc., Citigroup Global Markets Inc., Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Management LLC, Credit Suisse Securities (USA) LLC, Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., Ally Securities, LLC, Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., RBS Securities Inc., and UBS Securities LLC will move this Court, before the Honorable Laura T. Swain, United States

1

District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time designated by the Court, for an order dismissing the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and granting Defendants such other and further relief as the Court deems just and proper.  Oral argument is requested on a date and at a time designated by the Court.

Dated:   December 6, 2012               Respectfully submitted,
         New York, New York

SIMPSON THACHER & BARTLETT LLP          MUNGER, TOLLES & OLSON LLP

By:      /s/ Andrew T. Frankel          By:      /s/ James C. Rutten

Thomas C. Rice (trice@stblaw.com)       Marc T.G. Dworsky (Marc.Dworsky@mto.com)
Andrew T. Frankel (afrankel@stblaw.com) James C. Rutten (James.Rutten@mto.com)
Alexandra C. Pitney (lpitney@stblaw.com) 355 South Grand Avenue, 35th Floor
425 Lexington Avenue                    Los Angeles, California  90071-1560
New York, New York  10017               Phone: (213) 683-9100
Phone: (212) 455-2000                   Fax: (213) 687-3702
Fax: (212) 455-2502

                                        Achyut J. Phadke (Achyut.Phadke@mto.com)
*Attorneys for Defendants Bear Stearns Asset*   560 Mission Street, 27th Floor
*Backed Securities I LLC, The Bear Stearns*     San Francisco, California  94105-2907
*Companies LLC, J.P. Morgan Securities*         Phone:  (415) 512-4000
*LLC, Deutsche Bank Securities Inc., RBS*       Fax:  (415) 512-4077
*Securities Inc., and UBS Securities LLC*

                                        *Attorneys for Defendants Merrill Lynch*
                                        *Mortgage Investors, Inc., Merrill Lynch*
                                        *Mortgage Capital, Inc., and Merrill Lynch,*
                                        *Pierce, Fenner & Smith Inc.*

2

| CRAVATH, SWAINE & MOORE LLP | MAYER BROWN LLP |
|---|---|
| By: /s/ Richard W. Clary | By: /s/ Michael O. Ware |

Richard W. Clary (rclary@cravath.com)     Michael O. Ware (mware@mayerbrown.com)

Cravath column:

Richard W. Clary (rclary@cravath.com)
Julie A. North (jnorth@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
825 Eighth Avenue
New York, New York  10019
Phone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., and Credit Suisse Management LLC*

Mayer Brown column:

Michael O. Ware (mware@mayerbrown.com)
S. Christopher Provenzano (cprovenzano@mayerbrown.com)
1675 Broadway
New York, New York  10019
Phone: (212) 506-2500
Fax: (212) 262-1910

*Attorneys for Defendants HSBC Securities (USA), Inc. and Ally Securities, LLC*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Brad S. Karp

Brad S. Karp (bkarp@paulweiss.com)
Bruce Birenboim (bbirenboim@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
1285 Avenue of the Americas
New York, New York  10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., and Citigroup Global Markets Inc.*