UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK and STRATEGIC CAPITAL BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC; THE BEAR STEARNS COMPANIES LLC.; J.P. MORGAN SECURITIES LLC.; CITICORP MORTGAGE SECURITIES INC.; CITIMORTGAGE INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; ALLY SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; and UBS SECURITIES LLC,<br><br>    Defendants. | No. 12 CV 4000 (LTS)<br><br>ECF Case<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP, by Bruce Birenboim, shall appear as counsel for Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., and Citigroup Global Markets Inc. in the above-captioned matter.

Dated: December 6, 2012
       New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

By: /s/ Bruce Birenboim
    Bruce Birenboim
    bbirenboim@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:  (212) 373-3000
Fax:   (212) 757-3990

*Counsel for Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., and Citigroup Global Markets Inc.*