UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK and RECEIVER FOR STRATEGIC CAPITAL BANK,<br><br>          Plaintiff,<br><br>   v.<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC; THE BEAR STEARNS COMPANIES LLC.; J.P. MORGAN SECURITIES LLC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; ALLY SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; and UBS SECURITIES LLC,<br><br>          Defendants. | No. 12 Civ. 4000 (LTS) |

**CERTIFICATE OF SERVICE**

On the 11th day of January, 2013, the undersigned caused a true and correct copy of the following documents to be served electronically on those parties requesting electronic service via the Court's ECF system:

1. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint.
2. Declaration of Kathryn E. Matthews in Opposition to Defendants' Motion to Dismiss the Amended Complaint and related Exhibits.

/s/ Kathryn E. Matthews
Kathryn E. Matthews