1211 Avenue of the Americas  
New York, New York 10036

212 755 0100  
graisellsworth.com

## GRAIS & ELLSWORTH LLP

Mark B. Holton  
212 755 5693  
mholton@graisellsworth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 15 2013
```

January 15, 2013

By Facsimile

The Honorable Laura Taylor Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007-1312

**MEMO ENDORSED**

*FDIC as Receiver for Citizens National Bank and Receiver for Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC, et al., No. 12 Civ. 4000 (LTS)*

Dear Judge Swain:

We represent plaintiff, the Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank.

We write to request that the status conference scheduled for 10:00 a.m. on Friday, January 18, 2013, be adjourned to a date that it is convenient for the Court. Counsel for the defendants have advised that they have no objection to the adjournment.

Thank you for your consideration.

Respectfully,

/s/ Mark B. Holton  
Mark B. Holton

cc: All Counsel of Record (by email)

*The conference is adjourned to April 26, 2013, at 10:00 AM and the related deadlines are modified accordingly.*

SO ORDERED.

NEW YORK, NY  
Jan 15, 2013

LAURA TAYLOR SWAIN  
UNITED STATES DISTRICT JUDGE