GRAIS & ELLSWORTH LLP

1211 Avenue of the Americas
New York, New York 10036

212 755 0100
graisellsworth.com

Mark B. Holton
212 755 5693
mholton@graisellsworth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 09 2013

April 8, 2013

By Facsimile

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

*Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and Receiver for Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC, et al.,*
*No. 12 Civ. 4000 (LTS)* , 12 Civ 5360

Dear Judge Swain:

We represent plaintiff, the Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank.

We write to request that the status conference currently scheduled for 10:00 a.m. on Friday, April 26, 2013, be adjourned to a date that it is convenient for the Court. The defendants join in this request.

Thank you for your consideration.

Respectfully,

Mark B. Holton

cc: All Counsel of Record (by email)

The April 26, 2013, conference for cases 12 Civ 4000 and 12 Civ 5360 is adjourned to July 26, 2013, at 10:30AM and the related deadlines are modified accordingly.

SO ORDERED:

/s/ 4/8/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE