## GRAIS & ELLSWORTH LLP

1211 Avenue of the Americas  
New York, New York 10036

212 755 0100  
graisellsworth.com

Mark B. Holton  
212 755 5693  
mholton@graisellsworth.com



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: MAY 2 8 2013

May 28, 2013

By Facsimile

The Honorable Laura Taylor Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007-1312

**MEMO ENDORSED**

*Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and Receiver for Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC, et al., No. 12 Civ. 4000 (LTS)*

Dear Judge Swain:

We represent plaintiff, the Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank (collectively, "FDIC").

On the afternoon of Friday, May 24, the undersigned received by ecf transmission a copy of the defendants' Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Amended Complaint. The FDIC respectfully submits that it should be allowed to respond to the Notice and therefore requests leave to file a response by no later than June 3, 2013.

Thank you for your consideration.

Respectfully,

Mark B. Holton

cc: All Counsel of Record (by email)

The request is granted.

**SO ORDERED:**

_____ 5/28/13  
HON. LAURA TAYLOR SWAIN  
UNITED STATES DISTRICT JUDGE