Mark B. Holton
212 755 5693
mholton@gibsondunn.com



July 8, 2013

By Facsimile

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312



*Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and Receiver for Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC, et al.,*
*No. 12 Civ. 4000 (LTS)*

Dear Judge Swain:

We represent plaintiff, the Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank.

We write to request that the status conference currently scheduled for Friday, July 26, 2013, be adjourned to a date that it is convenient for the Court. The defendants join in this request.

Thank you for your consideration.

Respectfully,

Mark B. Holton

cc: All Counsel of Record (by email)

*The conference is adjourned to October 25, 2013, at 10:45AM.*

**SO ORDERED:**

7/9/13

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE