UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Federal Deposit Insurance
Corporation et al.,          Plaintiff,

Case No. 12-cv-04000

-against-

Bear Stearns Asset Backed
Securities I LLC et al.,     Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending          [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Andrew Zenner Michaelson
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AM7313      My State Bar Number is 4247383

I am,

[✓]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: United States Attorney Office, SDNY
            FIRM ADDRESS: One Saint Andrew's Plaza, New York, NY 10007
            FIRM TELEPHONE NUMBER: 212 637 2348
            FIRM FAX NUMBER: 212 637 2452

NEW FIRM:   FIRM NAME: Boies, Schiller & Flexner LLP
            FIRM ADDRESS: 575 Lexington Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER: 212 446-2300
            FIRM FAX NUMBER: 212 446-2350

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
      was entered on _____ by Judge _____.

Dated: 07/16/2013

_____
ATTORNEY'S SIGNATURE