UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., ) ) ) Plaintiffs, ) ) vs. ) ) BEAR STEARNS ASSET BACKED ) SECURITIES I L.L.C., et al, ) ) Defendants. ) ) | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: SEP 0 3 2013<br><br>CIVIL ACTION NO. 12cv4000 (LTS) |

## NOTICE OF WITHDRAWAL OF DAVID FOX OLSKY AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that attorney David Fox Olsky, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel in the above-captioned matter for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch, Pierce, Fenner & Smith, Inc.. Mr. Olsky is no longer affiliated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and will no longer have any association with the above-captioned matter. Defendants remain represented by Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Olsky did not assert a retaining or charging lien.

-1-

Dated: August 13, 2013

Respectfully submitted,

David Fox Olsky
WILMER CUTLER PICKERING
HALE & DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
david.olsky@wilmerhale.com

*Counsel for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch, Pierce, Fenner & Smith, Inc.*

SO ORDERED

9/3/13
Hon. Laura T. Swain
United States District Judge

-2-