Swain, J.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 8 2013
```

- - - - - - - - - - - - - - - - - - - - - x

FEDERAL DEPOSIT INSURANCE         :
CORPORATION as Receiver for CITIZENS         12 Civ. 4000 (LTS)
NATIONAL BANK and Receiver for    :
STRATEGIC CAPITAL BANK,           ECF Case

                                  :         STIPULATION AND
                Plaintiff,                        [PROPOSED] ORDER
                                           DISMISSING ALLY
   -- against --                     SECURITIES

                                  :

BEAR STEARNS ASSET BACKED
SECURITIES I LLC et al.,          :

                Defendants.         :

- - - - - - - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ.

P. 21 and 41(a), that that plaintiff's claims against defendant Ally Securities, LLC be

severed and dismissed with prejudice and without costs or attorneys' fees. All of

plaintiff's claims against all other defendants remain pending.

Dated: New York, New York
       November 5, 2013

                                    GRAIS & ELLSWORTH LLP

                                    By: _____
                                        Mark B. Holton
                                        *MHolton@graisellsworth.com*

                                    1211 Avenue of the Americas
                                    New York, N.Y. 10036
                                    (212) 755-0100

                                    *Attorneys for plaintiff*

MAYER BROWN LLP

By: _____
Michael O. Ware
*mware@mayerbrown.com*

1675 Broadway
New York, N.Y. 10019
(212) 506-2500

*Attorneys for defendant Ally Securities, LLC*

SO ORDERED, at New York, N.Y.,
November 7, 2013:

_____
Hon. LAURA TAYLOR SWAIN
United States District Judge