```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 3 2013
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
CITIZENS NATIONAL BANK AND AS
RECEIVER FOR STRATEGIC CAPITAL
BANK,

        Plaintiffs,

    – against –

BEAR STEARNS ASSET BACKED
SECURITIES I LLC, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - x

12 Civ. 4000 (LTS)
ECF Case

**STIPULATION AND [PROPOSED] ORDER DISMISSING BEAR STEARNS ASSET BACKED SECURITIES I LLC; THE BEAR STEARNS COMPANIES LLC; AND J.P. MORGAN SECURITIES LLC**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41, that the claims of the Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and the Federal Deposit Insurance Corporation as Receiver for Strategic Capital Bank ("FDIC") against defendants Bear Stearns Asset Backed Securities I LLC, The Bear Stearns Companies LLC, and J.P. Morgan Securities LLC be dismissed with prejudice and without costs or attorneys' fees. All of the FDIC's claims against all other defendants remain pending.

Dated: New York, New York
December 19, 2013

                GRAIS & ELLSWORTH LLP

By: _____
      Mark B. Holton
      *MHolton@graisellsworth.com*

1211 Avenue of the Americas
New York, N.Y. 10036
(212) 755-0100

*Attorneys for FDIC*

                SIMPSON THACHER & BARTLETT LLP

By: _____
      Andrew T. Frankel
      *AFrankel@stblaw.com*

1675 Broadway
New York, N.Y. 10019
(212) 506-2500

*Attorneys for defendants Bear Stearns Asset Backed Securities I LLC, The Bear Stearns Companies LLC and J.P. Morgan Securities LLC*

SO ORDERED, at New York, N.Y.,

December 20, 2013:

_____
Hon. LAURA T. SWAIN
United States District Judge