# WILMERHALE

April 3, 2014

Fraser L. Hunter, Jr.

+1 212 230 8882 (t)
+1 212 230 8888 (f)
fraser.hunter@wilmerhale.com

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: FDIC as Receiver for Citizens National Bank & Strategic Capital Bank v. Bear Stearns Asset Back Securities I LLC et al., No. 12-cv-4000 (LTS)

Dear Judge Swain:

    We represent Defendants Merrill Lynch Mortgage Investors, Inc.; Merrill Lynch Mortgage Capital, Inc.; and Merrill Lynch, Pierce, Fenner & Smith Inc. in the above-referenced action. We write to request that the status conference currently scheduled for 11:00 a.m. on April 11, 2014 be adjourned to a date that is convenient for the Court. The other Defendants join in this request. We are informed by Plaintiff that it takes no position on the matter.

    Thank you for your consideration.

Respectfully submitted,

s/Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington