WILMERHALE

July 11, 2014

Fraser L. Hunter, Jr.

+1 212 230 8882 (t)
+1 212 230 8888 (f)
fraser.hunter@wilmerhale.com

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  *FDIC as Receiver for Citizens National Bank & Strategic Capital Bank v. Bearn Stearns Asset Backed Securities I LLC et al.*, No. 12-cv-4000 (LTS)

Dear Judge Swain:

  We represent Defendants Merrill Lynch Mortgage Investors, Inc.; Merrill Lynch Mortgage Capital, Inc.; and Merrill Lynch, Pierce, Fenner & Smith Inc. in the above-referenced action.  We write to request that the status conference currently scheduled for 10:00 a.m. on July 18, 2014 be adjourned to a date that is convenient for the Court.  The other Defendants join in this request.  We are informed by Plaintiff that it takes no position on the matter.

  Thank you for your consideration.

                 Respectfully submitted,

                 s / Fraser L. Hunter, Jr._____
                 Fraser L. Hunter, Jr.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington