Swain, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 03 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
FEDERAL DEPOSIT INSURANCE           :
CORPORATION AS RECEIVER FOR         :   12 Civ. 4000 (LTS)
CITIZENS NATIONAL BANK AND AS       :   ECF Case
RECEIVER FOR STRATEGIC CAPITAL      :
BANK,                               :   **STIPULATION AND**
                                    :   **[PROPOSED] ORDER**
            Plaintiff,              :   **DISMISSING CITICORP**
                                    :   **MORTGAGE SECURITIES,**
                                    :   **INC., CITIMORTGAGE, INC.,**
    – against –                     :   **AND CITIGROUP GLOBAL**
                                    :   **MARKETS INC.**
                                    :
BEAR STEARNS ASSET BACKED           :
SECURITIES I LLC, et al.,           :
                                    :
            Defendants.             :
                                    :
- - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41, that Plaintiff's claims against Defendants Citicorp Mortgage Securities, Inc., CitiMortgage, Inc., and Citigroup Global Markets Inc. be dismissed with prejudice and without costs or attorneys' fees. All of Plaintiff's claims against all remaining defendants remain pending.

Dated: New York, New York
       August 11, 2014            GRAIS & ELLSWORTH LLP

                                  By: _____
                                      Mark B. Holton
                                      *MHolton@graisellsworth.com*

                                  1211 Avenue of the Americas
                                  New York, N.Y. 10036
                                  Phone: (212) 755-0100
                                  Fax: (212) 755-0052

                                  *Attorneys for Plaintiff*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Brad S. Karp
bkarp@paulweiss.com
Bruce Birenboim
bbirenboim@paulweiss.com
Susanna M. Buergel
sbuergel@paulweiss.com

1285 Avenue of the Americas
New York, N.Y. 10019
Phone: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendants Citicorp Mortgage Securities, Inc., CitiMortgage, Inc., and Citigroup Global Markets Inc.*

SO ORDERED, at New York, N.Y.,
~~August~~ September 2, 2014:

_____
Hon. LAURA T. SWAIN
United States District Judge