UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for CITIZENS NATIONAL BANK and as Receiver for STRATEGIC CAPITAL BANK,<br><br>        Plaintiffs,<br><br>    v.<br><br>BEAR STEARNS ASSET BACKED SECURITIES I LLC, *et al.*,<br><br>        Defendants. | No. 12 Civ. 4000 (LTS) (MHD)<br><br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING MERRILL LYNCH DEFENDANTS WITH PREJUDICE** |

      Plaintiffs Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank ("FDIC"), and Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively, the "Merrill Lynch Defendants"), by and through their counsel of record, hereby stipulate as follows:

      WHEREAS, the parties have reached an agreement to settle the FDIC's claims against the Merrill Lynch Defendants in this action;

      NOW, THEREFORE, it is hereby stipulated, subject to the Court's approval, that the FDIC's claims against the Merrill Lynch Defendants in this action are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41.  The FDIC and the Merrill Lynch Defendants further expressly waive any and all rights of appeal of the FDIC's claims against the Merrill Lynch Defendants in the above-captioned action, and the parties further agree that each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated:   New York, New York
         November 13, 2014

**GRAIS & ELLSWORTH LLP**

By: /s/Mark B. Holton
David J. Grais (dgrais@graisellsworth.com)
Mark B. Holton (mholton@graisellsworth.com)
Leanne M. Wilson (lwilson@graisellsworth.com)
1211 Avenue of the Americas
New York, New York 10036
Phone: (212) 755-0100
Fax: (212) 755-0052

*Attorneys for Plaintiffs Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank*

**MUNGER, TOLLES & OLSON LLP**

By: /s/James C. Rutten
Marc T.G. Dworsky (marc.dworsky@mto.com)
James C. Rutten (james.rutten@mto.com)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Phone: (213) 683-9100
Fax: (213) 687-3702

*Attorneys for Defendants Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital, Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

SO ORDERED, at New York, New York:
_____, 2014

_____
Hon. LAURA T. SWAIN
United States District Judge