SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 8 2014

DIRECT DIAL NUMBER
(212) 455-3073

E-MAIL ADDRESS
afrankel@stblaw.com

BY HAND

December 5, 2014

Re: *FDIC v. Bear Stearns Asset-Backed Sec. I LLC, et al.,*
No. 12 Civ. 4000 (LTS) (MHD)

The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Dear Judge Swain:

We represent defendants Deutsche Bank Securities Inc., RBS Securities Inc., and UBS Securities LLC in the above-captioned action. We write to request that the status conference currently scheduled for 10:30 a.m. on December 12, 2014 be adjourned to a date that is convenient for the Court. The other Defendants join in this request. We are informed by Plaintiff that it takes no position on the matter.

Thank you for your consideration.

Respectfully submitted,

*Andrew T. Frankel / DMM*

Andrew T. Frankel

cc: All counsel (*via e-filing*)

The conference is adjourned to February 17, 2014, at 3:00 pm.

**SO ORDERED:**

_____ 12/8/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SAO PAULO   TOKYO   WASHINGTON, D.C.