*FDIC (Citizens National and Strategic Capital) v. Bear Stearns Asset Backed Securities I LLC, et al.*
12-cv-4000 (S.D.N.Y.)

## Appendix A – Grounds for Dismissal of Claims

| Deal No. | Offering | Defendant(s) | Defendant's Alleged Role | Certificate Issue Date | Banks' Alleged Purchase Date(s) & Class | Untimely – 1933 Act 1 yr Statute of Limitations[1] | Failure to Plead Reliance | Defendant Did Not Underwrite Tranche | No Control Person Liability (Defendant) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RALI 2006-QS6 | RBS | Underwriter | 6/29/2006 | 12/10/2007 (1-A-16) | X | X | | n/a |
| 2 | RALI 2006-QS18 | DBS | Underwriter | 12/28/2006 | 9/24/2007 (1-M-1) 9/27/2007 (1-M-1) 10/12/2007 (1-M-1) | X | | X | n/a |
| 3 | RAST 2007-A1 | HSBC RBS | Underwriter Underwriter | 1/30/2007 | 2/6/2008 (A-9) | X | X | X | n/a |
| 5 | RALI 2006-QS16 | RBS | Underwriter | 11/29/2006 | 12/14/2007 (A-7) 12/7/2007 (A-7) | X | | | n/a |
| 7 | CSMC 2006-6 | CSFB Mortg. Secs. Credit Suisse Secs. Credit Suisse Mgmt. | Issuer Underwriter Control Person | 6/29/2006 | 4/11/2008 (1-A-8) 12/6/2007 (1-A-12) | X | X | | X |
| 10 | RAST 2006-A11 | Credit Suisse Secs. UBS | Underwriter Underwriter | 8/29/2006 | 2/28/2008 (1-A-3) | X | X | X | n/a |
| 11 | RAST 2006-A14CB | RBS | Underwriter | 11/3/2006 | 1/16/2008 (1-A-2) | X | X | | n/a |
| 12 | CMALT 2006-A6 | RBS | Underwriter | 11/29/2006 | 3/3/2008 (1-A-4) | X | X | | n/a |

---

[1] All claims were barred as of May 22, 2009 (the date of the FDIC's appointment as receiver) because the Banks had actual or constructive knowledge of the alleged claims before May 22, 2008.