**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _6-21-2018_ |

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR CITIZENS
NATIONAL BANK and RECEIVER FOR
STRATEGIC CAPITAL BANK,,

Plaintiff,

-against-

BEAR STEARNS ASSET BACKED SECURITIES
I LLC; THE BEAR STEARNS COMPANIES
LLC.; J.P. MORGAN SECURITIES LLC.;
CITICORP MORTGAGE SECURITIES, INC.;
CITIMORTGAGE, INC.; CITIGROUP GLOBAL
MARKETS INC.; CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITIES CORP.;
CREDIT SUISSE MANAGEMENT LLC; CREDIT
SUISSE SECURITIES (USA) LLC; MERRILL
LYNCH MORTGAGE INVESTORS, INC.;
MERRILL LYNCH MORTGAGE CAPITAL INC.;
MERRILL LYNCH, PIERCE, FENNER & SMITH
INC.; ALLY SECURITIES, LLC; DEUTSCHE
BANK SECURITIES INC.; HSBC SECURITIES
(USA) INC.; RBS SECURITIES INC.; and UBS
SECURITIES LLC,

Defendants.

12-CV-4000 (LTS) (KNF)

**STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that, upon the annexed

declaration of Richard W. Clary in accordance with Civil Rule 1.4 of the Local Rules of

the United States District Courts for the Southern and Eastern Districts of New York,

with the approval of defendants Credit Suisse First Boston Mortgage Securities Corp.,

Credit Suisse Management LLC, and Credit Suisse Securities (USA) LLC (collectively,

"Credit Suisse defendants"), and subject to the approval of this Court, the law firm of

Cravath, Swaine & Moore LLP hereby withdraws as counsel for the Credit Suisse

defendants in the above-captioned action, and the law firm of Orrick, Herrington &

Sutcliffe, LLP, is hereby substituted as counsel of record for the Credit Suisse defendants

in this action, effective as of the date indicated below.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other

filings in this matter should be served upon counsel at the address set forth for incoming

counsel.

Dated: New York, New York
       May 21, 2018

CRAVATH, SWAINE & MOORE LLP

by

Richard W. Clary
Julie A. North
Michael T. Reynolds
Lauren A. Moskowitz
Members of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
    rclary@cravath.com
    jnorth@cravath.com
    mreynolds@cravath.com
    lmoskowitz@cravath.com

Outgoing Attorneys for Defendants
Credit Suisse First Boston Mortgage
Securities Corp., Credit Suisse
Management LLC, and Credit Suisse
Securities (USA) LLC

ORRICK, HERRINGTON & SUTCLIFFE, LLP

by

Barry Levin
John Ansbro
Richard Jacobsen
Paul Rugani
Colby Allsbrook
Members of the Firm

51 West 52nd Street
New York, NY 10019
(212) 506-5000
    blevin@orrick.com
    jansbro@orrick.com
    rjacobsen@orrick.com
    prugani@orrick.com
    callsbrook@orrick.com

Incoming Attorneys for Defendants
Credit Suisse First Boston Mortgage
Securities Corp., Credit Suisse Management
LLC, and Credit Suisse Securities (USA) LLC

-2-

SO ORDERED:

_____ 6/20/18
U.S.D.J.