USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE CORPORATION

    Plaintiff,

    -against-

BEAR STEARNS ASSET BACKED SECURITIES I
L.L.C., et al,

    Defendants.
-------------------------------------------------------------X

**ORDER**
12 CV 4000 (LTS) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic status conference shall be held in the above-captioned action on December 5, 2019, at 2:30 p.m. Counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       November 26, 2019

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE