UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE CORPORATION,

                Plaintiff,

    -against-

BEAR STEARNS ASSET BACKED SECURITIES I
L.L.C., ET AL.,

                Defendants.
------------------------------------------------------------X

ORDER

12-CV-4000 (LTS) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

All discovery, of whatever nature, shall be initiated so as to be completed on or before October 1, 2020. A telephonic status conference will be held with the parties on June 24, 2020, at 10:00 a.m. The parties shall use the following conference call-in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       January 2, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE