UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
CITIZENS NATIONAL BANK AND
RECEIVER FOR STRATEGIC CAPITAL
BANK,

          Plaintiff,

v.

CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.; CREDIT SUISSE
MANAGEMENT LLC; CREDIT SUISSE
SECURITIES (USA) LLC; DEUTSCHE BANK
SECURITIES INC.; HSBC SECURITIES
(USA) INC; RBS SECURITIES INC.; AND
UBS SECURITIES LLC,

          Defendants.
------------------------------------------------------------X

**ORDER**

12-CV-4000 (LTS) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

In a joint letter, dated January 3, 2020, the parties informed the Court that they "have filed via ECF a revised Stipulation and Proposed Protective Order (Docket no. 211)" that "is substantively similar to a draft of the stipulation and proposed protective order that the parties submitted to the Court on June 7, 2017." To aid the Court in its review of the parties' January 3, 2020 proposed protective order, on or before January 10, 2020, the parties shall submit a document to the Court that will compare and merge the June 2017 proposed protective order with the January 3, 2020 proposed protective order, so as to show any differences introduced by the January 3, 2020 revised version of the June 2017 document, including any deletions, modifications and additions.

Dated: New York, New York
      January 6, 2020

SO ORDERED:

*[signature]*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE