UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE CORPORATION

    Plaintiff,

-against-

BEAR STEARNS ASSET BACKED SECURITIES I
L.L.C., et al,

    Defendants.
------------------------------------------------------------X

ORDER

12-CV-4000 (LTS) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The order of the Court dated January 2, 2020, is hereby modified. All discovery, of whatever nature, shall be initiated so as to be completed on or before August 30, 2021. A telephonic status conference will be held with the parties on April 29, 2021, at 10:00 a.m. The parties shall use the following conference call-in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       January 24, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE