UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

FEDERAL DEPOSIT INSURANCE CORP.,
as receiver for CITIZENS NATIONAL
BANK and receiver for STRATEGIC
CAPITAL BANK,

       Plaintiff,

  -v-                                                No.  12-CV-04000-LTS-KNF

CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP.,
CREDIT SUISSE MANAGEMENT LLC,
CREDIT SUISSE SECURITIES (USA) LLC,
DEUTSCHE BANK SECURITIES INC.,
HSBC SECURITIES (USA) INC., RBS
SECURITIES INC., and UBS SECURITIES
LLC,

       Defendants.

-------------------------------------------------------x

## ORDER

In light of the pending discovery, the final pretrial conference scheduled for June 19, 2020, is adjourned to **Friday, June 18, 2021, at 11:30 a.m. in Courtroom 17C**.

SO ORDERED.

Dated: New York, New York
       June 9, 2020

        /s/ Laura Taylor Swain
       LAURA TAYLOR SWAIN
       United States District Judge