UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE CORPORATION,   :
as receiver for CITIZENS NATIONAL BANK and
receiver for STRATEGIC CAPITAL BANK,     :

                                  Plaintiff,          :      ORDER

                                             12-CV-4000 (LTS) (KNF)

                            -against -                :

CREDIT SUISSE FIRST BOSTON MORTGAGE     :
SECURITIES CORP., CREDIT SUISSE MANAGEMENT
LLC, CREDIT SUISSE SECURITIES (USA) LLC,   :
HSBC SECURITIES (USA) INC., RBS SECURITIES
INC., and UBS SECURITIES,                 :

                              Defendants.        :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Michael O. Ware, counsel to defendant HSBC Securities (USA) Inc., in a letter dated August 10, 2020, requested that Charles Salem Korschun and Emma Mika Kurose, who are no longer associated with his law firm, Mayer Brown, be recorded on the docket sheet maintained by the Clerk of Court as no longer representing any defendant in this action. The application is granted, and the Clerk of Court is directed to make the appropriate notations on the docket sheet. This order resolves the request made through Docket Entry No. 220.

Dated: New York, New York           SO ORDERED:
       August 12, 2020

                                                    */s/ Kevin Nathaniel Fox*
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE