UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
CITIZENS NATIONAL BANK AND
RECEIVER FOR STRATEGIC CAPITAL
BANK,
                Plaintiff,

     v.
                                     **ORDER**

CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.; CREDIT SUISSE        12-CV-4000 (LTS) (KNF)
MANAGEMENT LLC; CREDIT SUISSE
SECURITIES (USA) LLC; DEUTSCHE BANK
SECURITIES INC.; HSBC SECURITIES
(USA) INC; RBS SECURITIES INC.; AND
UBS SECURITIES LLC,

                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties submitted two stipulations, Docket Entry No. 247 and Docket Entry No. 248, into which they entered pursuant Fed. R. Civ. P. 29. The parties request that the Court endorse their stipulations as orders of the Court; the Court declines to do so. However, perforce of the express language of Rule 29, the parties' stipulations are binding on them.

Dated: New York, New York          SO ORDERED:
       September 13, 2021

                                                 _/s/ Kevin Nathaniel Fox_
                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE