**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK and RECEIVER FOR STRATEGIC CAPITAL BANK, <br><br> Plaintiff, <br><br> v. <br><br> BEAR STEARNS ASSET BACKED SECURITIES I LLC; THE BEAR STEARNS COMPANIES LLC.; J.P. MORGAN SECURITIES LLC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; ALLY SECURITIES, LLC; DEUTSCHE BANK SECURITIES INC.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; and UBS SECURITIES LLC, <br><br> Defendants. | No. 12 Civ. 4000 (LTS)(JW) <br><br> **ORDER WITHDRAWING VICKIE REZNIK AS COUNSEL FOR PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CITIZENS NATIONAL BANK AND RECEIVER FOR STRATEGIC CAPITAL BANK** |

IT IS HEREBY ORDERED that Vickie Reznik be withdrawn as an attorney of record for Plaintiff Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and Receiver for Strategic Capital Bank.

Plaintiff remains represented by David J. Grais of Grais & Ellsworth LLP and by R. Paul Yetter and Bryce L. Callahan of Yetter Coleman LLP.

**IT IS SO ORDERED**

Date: May 24, 2023

/s/ *Laura Taylor Swain*
The Honorable Laura Taylor Swain
United States District Judge