**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR CITIZENS NATIONAL BANK,

|  |  |
|---|---|
| Plaintiff, | 12 **CIVIL** 4000 (LTS) (JW) |
| -against- | **JUDGMENT** |
| DEUTSCHE BANK SECURITIES INC., |  |
| Defendant. |  |

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Opinion and Order dated February 09, 2026, Defendant's motion for

summary judgment is granted and Plaintiff's claim against DBS is dismissed in its entirety;

accordingly, this case is closed.

**Dated:**  New York, New York

February 11, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY:

_____
**Deputy Clerk**